UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ABDUL QUDUS ANWAR SHAH,

Petitioner,

v.                                          CAUSE NO. 3:26-CV-613-CCB-SJF

BRIAN ENGLISH,

Respondent.

ORDER

The respondent, by counsel, filed a motion to alter or amend judgment pursuant

to Fed. R. Civ. P. 59(e). ECF 12. On July 2, 2026, the court granted the habeas petition

and ordered the respondent to release the petitioner and to certify compliance by July 6,

2026. ECF 10. In the motion to alter or amend judgment, the respondent explains that

Burma has now issued travel documents for the petitioner and that he is scheduled for

removal on July 18, 2026. ECF 12. In light of this new information, the court will vacate

the order for the respondent to release the petitioner and to certify compliance. The

court will defer a ruling on this motion until the petitioner has had an opportunity to

respond. The court will also order the respondents to notify the court as soon as

reasonably possible if the petitioner is removed before the resolution of this motion.

For these reasons, the court:

(1) **VACATES** the order requiring the respondent to release Abdul Qudus

Anwar Shah and to certify compliance (ECF 10);

(2) **ORDERS** Abdul Qudus Anwar Shah to file a response to the motion to alter or amend judgment (ECF 12) by <u>July 22, 2026</u>; and

(3) **ORDERS** the respondent to promptly notify the court if Abdul Qudus Anwar Shah is removed before the motion to alter or amend judgment is resolved.

SO ORDERED on July 7, 2026.

<u>  /s/ *Cristal C. Brisco*                    </u>
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT

2