UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ABDUL QUDUS ANWAR SHAH,

Petitioner,

v.

BRIAN ENGLISH,

Respondent.

CAUSE NO. 3:26-CV-613-CCB-SJF

## ORDER

Immigration detainee Abdul Qudus Anwar Shah, representing himself, filed a petition under 28 U.S.C. § 2241, alleging that he was unlawfully confined in violation of the laws or Constitution of the United States. ECF 2. On July 2, 2026, the court granted the habeas petition on the basis that the respondent had not adequately demonstrated that Anwar Shah's removal would occur within the reasonably foreseeable future. ECF 10. However, the respondent then filed a motion to alter or amend judgment explaining that Burma had recently issued travel documents for Anwar Shah and that he was scheduled for removal on July 18, 2026, attaching the travel document and the flight itinerary. ECF 12. The court vacated the order granting the habeas petition and ordered Anwar Shah to file a response to the motion by July 22, 2026. ECF 13.

That deadline to respond has passed without any filings from Anwar Shah. Further, the respondent's prior filings indicate that Anwar Shah was removed to Burma on July 18, 2026. In light of Anwar Shah's removal to Burma, the court can no longer grant the relief requested in the habeas petition and will dismiss the case as moot.

For these reasons, the court:

(1) **DISMISSES** the habeas petition (ECF 2); and

(2) **DIRECTS** the clerk to close this case.

SO ORDERED on July 24, 2026.

_/s/ Cristal C. Brisco_
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT